

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jason Lee Shoven, Appellant

No. 06-20-00137-CR     v.

The State of Texas, Appellee

Appeal from the 195th District Court of Dallas County, Texas (Tr. Ct. No. F19-33076-N). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Jason Lee Shoven, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 27, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk